**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT**
**OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ISLAM ULDANOV<br><br>Petitioner,<br><br>v.<br><br>BRIAN ACUNA ET AL<br><br>Respondents. | Case No.: 1:26-cv-00398-JDC-JPM<br><br>**JUDGE JAMES D CAIN, JR**<br><br>**MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES** |

**ORDER**

Considering the Joint Motion to dismiss (Doc. 14)

**IT IS ORDERED** that the petition for habeas corpus is hereby dismissed in the above described action.

THUS DONE AND SIGNED in chambers this 15th day of September, 2026.

JAMES D. CAIN, JR.

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Brian ACUNA, et al. I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: Warden.

*/s/ Logan Duplessis*
Attorney for Petitioner